IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00799-MSK-KLM

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

AUTODRAFT DESIGN, INC.,
AUTODRAFT LLC,
GILBERT MAYNARD, and
DEBRA MAYNARD,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Modify Scheduling Order** [Docket No. 51; Filed November 7, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on July 23, 2008 [Docket No. 35], and amended on August 14, 2008 [Docket No. 40], is further modified to extend the following deadlines:

| | |
|---|---|
| • Expert Designation Deadline | **January 15, 2009** |
| • Rebuttal Expert Designation Deadline | **February 16, 2009** |
| • Discovery Cutoff | **March 20, 2009** |

Dated: November 10, 2008