IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00799-MSK-KLM

HOME DESIGN SERVICES, INC.,

      Plaintiff,

v.

AUTODRAFT DESIGN, INC.,
AUTODRAFT L.L.C.,
GILBERT MAYNARD, and
DEBRA MAYNARD,

      Defendants.

## NOTICE OF DISMISSAL

THIS MATTER comes before the Court on the filing of a Stipulation of Dismissal **(#92)**. The stipulation does not specify whether it is submitted pursuant to Rule 41(a)(1) or (2), therefore the Court assumes that it is submitted pursuant to Rule 41(a)(1). Pursuant to that rule, no order is required and the filing of the stipulation effectuates the dismissal.

DATED this 6th day of April, 2009.

      **BY THE COURT:**

      _/s/ Marcia S. Krieger_

      Marcia S. Krieger
      United States District Judge